UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>VICTAULIC COMPANY,<br><br>*Defendant.* | § § § § § § § § § § § Civil Action No. 3:22-CV-2614-X |

## MEMORANDUM OPINION AND ORDER

Having considered the Parties' Joint Motion to Dismiss With Prejudice (Doc. 24), Court **DISMISSES WITH PREJUDICE** all claims asserted by both Plaintiff Westchester Fire Insurance Company and Defendant Victaulic Company. Each party bears their own costs and fees. The Clerk of the Court is **INSTRUCTED** to close this case.

**IT IS SO ORDERED** this 6th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1